## IN THE MATTER OF THE ESTATE OF BEATRICE GRANT, DECEASED.

No. 2351.

FILED JUNE 15, 1938.                    DECIDED JULY 1, 1938.

COKE, C. J., PETERS, J., AND CIRCUIT JUDGE BROOKS
IN PLACE OF KEMP, J., DISQUALIFIED.

*Per Curiam.* The appellant petitions for a rehearing because, as it claims, this court in its opinion gave no consideration to the provisions of section 4916, R. L. 1935. The statute in question was considered but because it refers solely to a will executed without the Territory and the will in the case at bar was admittedly executed within the Territory, section 4916, *supra,* is not germane to any of the issues in this appeal and nothing that is said in *Estate of Lufkin,* 32 Haw. 826, can justify any different conclusion.

The petition for rehearing is denied.

*S. B. Kemp,* Attorney General, and *J. Wiig,* Deputy Attorney General, for the petition.